**Naarl RICHARD, Petitioner—Appellant,**

v.

**J. Al CANNON, Jr., Respondent—Appellee,**

and

**Matthew J. Modica, USASC; James R. Duffy, DEA US, Respondents.**

No. 11–7364.

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 31, 2012.

Decided: Feb. 3, 2012.

Naarl Richard, Appellant Pro Se.

Before NIEMEYER, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Naarl Richard, a federal prisoner, appeals the district court's order adopting the magistrate judge's report and recommendation and denying relief on his 28 U.S.C.A. § 2241 (West 2006 & Supp.2011) petition. We have reviewed the record and find no reversible error. Accordingly,

we affirm for the reasons stated by the district court. *Richard v. Cannon,* No. 0:11–cv–01192–JFA (D.S.C. Oct. 5, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*